IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| David Evans, <br><br> Plaintiff, <br> v. <br><br> Stellar Recovery, Inc.; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 1:15-cv-08664 |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 13, 2016

                                                  Respectfully submitted,

                                                  PLAINTIFF, David Evans

                                                  By:  */s/ Sergei Lemberg*
                                                       Sergei Lemberg, Esq.
                                                       LEMBERG LAW, L.L.C.
                                                       43 Danbury Road, 3rd Floor
                                                       Wilton, CT 06897
                                                       Telephone: (203) 653-2250
                                                       Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Alison N. Emery, Esq.
Assurance Law Group
3731 Hendricks Avenue
Jacksonville, FL 32207
*Attorney for Defendant*

                                            By */s/ Sergei Lemberg*
                                                 Sergei Lemberg, Esq.