# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

David Evans ,

Plaintiff(s),

v.

Stellar Recovery, Inc. ,

Defendant(s).

Case No.   1:15-cv-08664
Judge Elaine E. Bucklo

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Plaintiff, David Evans and against the Defendant, Stellar Recovery Inc. in the amount of $4,000.00.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Elaine E. Bucklo on a motion to enforce the settlement agreement.

Date:  4/13/2018

Thomas G. Bruton, Clerk of Court

Maria G. Hernandez , Deputy Clerk